JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES ELBERSON, | Case No. 2:24-cv-00015-CDS-MDC |
| Plaintiff | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC. a Delaware corporation;  DOES I-V; and ROE CORPORATIONS I-V, inclusive, | |
| Defendant | |

WHEREAS, counsel for the parties have agreed upon a full and final settlement of this matter;

IT IS HEREBY STIPULATED AND AGREED by and between ZACHARY BALKIN, ESQ. of the law firm LERNER & ROWEINJURY LAWYERS,  Attorneys for Plaintiff JAMES ELBERSON, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1.    That the claims herein of Plaintiff JAMES ELBERSON against SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

/ / /'

NG-C2N3CBX6 4899-5876-1742.1

2.      That the Court vacate any deadlines or filing dates on the Court's docket.

Respectfully submitted this 23rd day of January, 2025.

LERNER & ROWE INJURY ATTORNEYS          COOPER LEVENSON, P.A.


/s/ Zachary Balkin                                      /s/ Jerry S. Busby
ZACHARY BALKIN, ESQ.                        JERRY S. BUSBY, ESQ.
Nevada Bar No. 015867                          Nevada Bar No. 001107
4795 South Durango Drive                       3016 West Charleston Blvd., #195
Las Vegas, NV  89147                             Las Vegas, Nevada  89102
(702) 877-1500                                       (702) 366-1125
Attorneys for Plaintiff                              Attorneys for Defendants
JAMES ELBERSON                                SMITH'S FOOD & DRUG CENTERS, INC.


Based on the parties' stipulation, this case
is dismissed with prejudice, with each party
to bear its own costs and fees. The Clerk of
Court is kindly instructed vacate all
deadlines and to close this case.


_____
UNITED STATES DISTRICT JUDGE
DATED:  January 23, 2025